1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   KENNETH J. MELIKIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2709




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MJ-08-281 KJM |
|---|---|
| Plaintiff, | ) ORDER STAYING MAGISTRATE JUDGE'S |
|   | ) ORDER RELEASING DEFENDANT ON |
| v. | ) BOND |
| VARDGES EGIAZARIAN, aka David Akerman, | ) |
| Defendant. | ) |

Upon motion of the United States to revoke the release order issued on August 14, 2008, by Magistrate Judge Charles F. Eick, United States District Court for the Central District of California, and good cause having been shown, the Order releasing the defendant on a $300,000 property bond is STAYED until final ruling on the government's motion in the United States District Court for the Eastern District of California.

It is further ordered that the U.S. Marshal transport the defendant forthwith to the United States District Court for the Eastern District of California.

DATE: 8/27/08

THE HONORABLE FRANK C. DAMRELL
United States District Judge

1